**William D. BAUGHMAN,
Claimant–Appellant**

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2012–7183.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2013.

Andrew J. Waghorn, Attorney at Law, Gainesville, VA, argued for Claimant-appellant.

Shelley D. Weger, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Rachael T. Brant, Attorney, United States Department of Veterans Affairs, Washington, DC. Of counsel was Martie S. Adelman, Attorney, Office of General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, Chief Judge, CLEVENGER, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**